# UNITED STATES DISTRICT COURT
# DISTRICT FOR PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>V.<br><br>WILFREDO PICON-RIVERA<br><br>Defendant | CR. NO.: 98-291-01 (SEC) |

## ORDER

By Order of the Honorable Salvador E. Casellas, U. S. District Judge, the presentence report and suggested wording are hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13TH day of January, 2005.

FRANCES RIOS-DE MORAN
Clerk of the Court

By: s/ *Brenda Gonzalez-De la Concha*
Brenda Gonzalez-De la Concha
Courtroom Deputy Clerk

**ACKNOWLEDGMENT**:

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief, U.S. Probation Officer

By: _____