# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WILFREDO PICON-RIVERA<br>Defendant. | CRIMINAL NO. 98-291 (SEC) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, plaintiff in the above case, hereby appeals to the United States Court of Appeals for the First Circuit, from the judgment recording the sentence imposed in the above case on December 27, 2004. The Judgment was entered on January 13, 2005.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of February, 2005.

H.S. GARCIA
UNITED STATES ATTORNEY

Sonia I. Torres-Pabón
Assistant United States Attorney
Chief, Criminal Division

S/Desirée Laborde-Sanfiorenzo
Desirée Laborde-Sanfiorenzo
USDC # 208110
Deputy Chief, Narcotics Section
Assistant United States Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax (787)771-4050
E-mail: desiree.laborde@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to Francisco M. Dolz-Sánchez, Esq.

In San Juan, Puerto Rico, this 2nd day of February, 2005.

S/Desirée Laborde-Sanfiorenzo
Desirée Laborde-Sanfiorenzo
Assistant United States Attorney
Deputy Chief, Narcotics Section
