IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILFREDO PICON-RIVERA, <br><br> Defendant. | Criminal No. 98-291 (SEC) |

**MOTION FOR TERMINATION OF PROBATION**

TO THIS HONORABLE COURT:

**COMES NOW** Wilfredo Picón-Rivera, by and thru his undersigned attorney and to this Honorable Court, respectfully states and prays:

1. December 27, 2004, this Honorable Court re-sentenced the defendant to a term of probation of 2 years in each of 3 counts, to be served concurrently. A special monetary assessment of $300.00 was also imposed. Docket 140.

2. July 10, 2002, the Honorable Héctor M. Laffitte had sentenced the defendant to a term of probation of 2 years. An additional term of imprisonment of 6 months in each count, to be served concurrently, was imposed. A special monetary assessment of $300.00 was imposed. The Court

recommended that the pre-release component of the Community Center in Trujillo Alto, PR, be designated. Docket 110.

3. August 11, 2000, the Honorable Héctor M. Laffitte had initially sentenced the defendant to a term of probation of 2 years in each of 3 counts, to be served concurrently. A special monetary assessment of $100.00 was also imposed. Docket 91.

4. It appears that by now, the defendant has served the 2-years probationary term imposed by this Honorable Court December 27, 2004. The U.S. Probation Office has asked the undersigned to file the instant motion.

**WHEREFORE**, it is respectfully requested that this motion be granted and that the term of probation imposed by this Honorable Court December 27, 2004, be terminated.

In San Juan, Puerto Rico, February 16, 2005.

Respectfully submitted,

s/ *Francisco M. Dolz Sánchez*
Francisco M. Dolz Sánchez
USDCPR 119614
Counsel for Defendant
Wilfredo Picón-Rivera
PO Box 361451
San Juan, PR 00936-1451
Tel (787)759-8780
Fax (787)756-8004
fdolz@prtc.net

**Certificate of Service**

I certify that today the undersigned filed the foregoing using the CM/EFC system which will sent notice of said filing to A.U.S.A. Desiree Laborde-Sanfiorenzo.

                                              s/   *Francisco M. Dolz Sánchez*
                                                         Francisco M. Dolz Sánchez