UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

v.                        Criminal No. 98-291(SEC)

WILFREDO PICON RIVERA
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket #143**<br>**Motion for Termination of Probation** | **GRANTED.** Probation is hereby terminated. |

DATE:   March 14, 2005

                                           S/ *Salvador E. Casellas*
                                           SALVADOR E. CASELLAS
                                           United States District Judge